# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE DOUGLAS LOWE,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL BENOV, *et al.*,<br><br>        Defendants. | Case No. CV 09-5790 JVS (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 6, 2010

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE